Case 2:20-cr-00499-SVW   Document 20   Filed 10/20/20   Page 1 of 2   Page ID #:47

FILED
CLERK, U.S. DISTRICT COURT
10/20/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SALVADOR RODRIGUEZ and<br>YENNER AUGUSTO MENDEZ,<br><br>        Defendants. | CR 2:20-cr-00499-SVW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 1111(b), 7(3): Second Degree Murder Within the Special Maritime and Territorial Jurisdiction of the United States; 18 U.S.C. § 3: Accessory After the Fact] |
|---|---|

The Grand Jury charges:

### COUNT ONE

[18 U.S.C. §§ 1111(b), 7(3)]

[DEFENDANT RODRIGUEZ]

On or about July 8, 2017, in Los Angeles County, within the Central District of California, in the Angeles National Forest, a place within the special maritime and territorial jurisdiction of the United States, defendant SALVADOR RODRIGUEZ, with malice aforethought, unlawfully killed J.S.A.

COUNT TWO

[18 U.S.C. § 3]

[DEFENDANT MENDEZ]

On or about July 8, 2017, in Los Angeles County, within the Central District of California, defendant YENNER AUGUSTO MENDEZ, knowing that an offense against the United States had been committed, namely, Second Degree Murder Within the Special Maritime and Territorial Jurisdiction of the United States, in violation of Title 18, United States Code, Sections 1111(b), 7(3), as charged in Count One of this Indictment, received, relieved, comforted, and assisted the offender, defendant SALVADOR RODRIGUEZ, in order to hinder and prevent the offender's apprehension, trial, and punishment.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General
Crimes Section